UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 07-324M |
| v. | ) | |
| HOWARD JOHN SHALE, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

    Count I: Escape, in violation of Title 18, U.S.C., Section 751(a).

Date of Detention Hearing: July 10, 2007

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Susan Roe. The defendant was represented by Karen Unger.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is viewed as a risk of flight given the nature of the instant offense.

(2) His criminal history includes a conviction for sexual acts involving a child under age 12. He has two prior supervised release violations under the same conviction. The defendant is therefore viewed as a risk of danger.

Thus, there is no condition or combination of conditions that would reasonably assure

future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of July, 2007.

MONICA J. BENTON
United States Magistrate Judge